OMAR SCHOBER v. THE JUDGE OF PROBATE FOR THE COUNTY OF WAYNE.

*Probate—Petition for allowance of foreign will.*

A probate judge should entertain a petition for the allowance of a will if there is any law to authorize him to do so; it is unimportant that the petitioner makes his application under the wrong statute.

MANDAMUS to require the respondent to entertain relator's petition for the allowance of the will of Gottlieb Grabo under which relator had interests. Grabo had died in Prussia and the will had already been allowed by the king's court at Wittenberg. Petitioner asked that an authenticated copy be allowed by respondent under Comp. L. §§ 4342–3, and that notice of the hearing thereof should be given. Respondent refused, holding that the case was not within those provisions, and that he had no jurisdiction, but held that relator should first proceed under Act 101 of 1881.

Motion submitted October 17. Granted October 18.

*George Gartner* for relator.

PER CURIAM. We think it was respondent's duty to entertain the application in case there was any law for it, and the answer admits that the Act of 1881 covered the case so far as to authorize cognizance to be taken of the application.

The circumstance that the relator mistook the statute which was appropriate was of no importance.

Order allowed.